**411 MULTISERVICES**
12472 Bellaire blvd
Houston, Texas 77072

**Earnings Statement For**
Pay Period 01/05/2024 - 02/05/2024

| Ariel sepulveda<br>2618 KImbleton ct<br>Houston, Texas 77082 | SSN<br>xxx-xx-8644 | Employee ID<br>7173 | Pay Date<br>02/05/2024 |
|---|---|---|---|

| Gross Earnings | | This Period | YTD |
|---|---|---|---|
| Salary | | $5300.00 | $10600.00 |
| | Total Earnings | $5300.00 | $10600.00 |

| Statutory Deductions | | This Period | YTD |
|---|---|---|---|
| FICA - Medicare | | $76.85 | $153.70 |
| FICA - Social Security | | $328.60 | $657.20 |
| Federal Income Tax | | $342.75 | $685.50 |
| State Income Tax | | $208.75 | $417.50 |
| | Total Deductions | $956.95 | $1913.90 |

| | Net Pay | This Period<br>$4343.05 | YTD<br>$8686.10 |
|---|---|---|---|

**411 MULTISERVICES**
12472 Bellaire blvd
Houston, Texas 77072

**Earnings Statement For**
Pay Period 12/05/2023 - 01/05/2024

| | SSN | Employee ID | Pay Date |
|---|---|---|---|
| Ariel sepulveda<br>2618 KImbleton ct<br>Houston, Texas 77082 | xxx-xx-8644 | 7173 | 01/05/2024 |

| Gross Earnings | | This Period | YTD |
|---|---|---|---|
| Salary | | $5300.00 | $10600.00 |
| | Total Earnings | $5300.00 | $10600.00 |

| Statutory Deductions | | This Period | YTD |
|---|---|---|---|
| FICA - Medicare | | $76.85 | $153.70 |
| FICA - Social Security | | $328.60 | $657.20 |
| Federal Income Tax | | $342.75 | $685.50 |
| State Income Tax | | $208.75 | $417.50 |
| | Total Deductions | $956.95 | $1913.90 |

| Net Pay | This Period<br>$4343.05 | YTD<br>$8686.10 |
|---|---|---|

**411 MULTISERVICES**
12472 Bellaire blvd
Houston, Texas 77072

# Earnings Statement For
Pay Period 11/05/2023 - 12/05/2023

| Ariel sepulveda<br>2618 KImbleton ct<br>Houston, Texas 77082 | SSN<br>xxx-xx-8644 | Employee ID<br>7173 | Pay Date<br>12/05/2023 |
|---|---|---|---|

| Gross Earnings | | This Period | YTD |
|---|---|---|---|
| Salary | | $5300.00 | $63600.00 |
| | Total Earnings | $5300.00 | $63600.00 |

| Statutory Deductions | | This Period | YTD |
|---|---|---|---|
| FICA - Medicare | | $76.85 | $922.20 |
| FICA - Social Security | | $328.60 | $3943.20 |
| Federal Income Tax | | $342.75 | $4113.00 |
| State Income Tax | | $208.75 | $2505.00 |
| | Total Deductions | $956.95 | $11483.40 |

| | Net Pay | This Period<br>$4343.05 | YTD<br>$52116.60 |
|---|---|---|---|

**411 MULTISERVICES**
12472 Bellaire blvd
Houston, Texas 77072

**Earnings Statement For**
Pay Period 10/05/2023 - 11/05/2023

| Ariel sepulveda<br>2618 KImbleton ct<br>Houston, Texas 77082 | SSN<br>xxx-xx-8644 | Employee ID<br>7173 | Pay Date<br>11/05/2023 |
|---|---|---|---|

| Gross Earnings | | This Period | YTD |
|---|---|---|---|
| Salary | | $5300.00 | $58300.00 |
| | Total Earnings | $5300.00 | $58300.00 |

| Statutory Deductions | | This Period | YTD |
|---|---|---|---|
| FICA - Medicare | | $76.85 | $845.35 |
| FICA - Social Security | | $328.60 | $3614.60 |
| Federal Income Tax | | $342.75 | $3770.25 |
| State Income Tax | | $208.75 | $2296.25 |
| | Total Deductions | $956.95 | $10526.45 |

| | Net Pay | This Period<br>$4343.05 | YTD<br>$47773.55 |
|---|---|---|---|